# EXHIBIT D

-----Original Message-----
From: Ballester, Christina <Christina.Ballester@medpro.com>
Sent: Tuesday, May 1, 2018 4:36 PM
To: sjeremias@cnrcllc.com
Cc: kbodine@cnrcllc.com; Pamela.Prudlow@medpro.com
Subject: FW: NEW LOSS - FW: Request - Patricia Gow
Importance: High

Hello Steve:

Upon initial review, there is no information or detail of an event in the medical record request provided to form a reasonable basis that this is a potential claim. Please send along any information regarding an event that you reasonably believe may form the basis for this medical records request and a potential claim. You may send it on an Accord or MedPro form (attached) and we will then review the matter for coverage. Without more information, MedPro cannot accept this as a reportable matter.

Thank you,


Christina S. Ballester
Christina S. Ballester, J.D.
Senior Care Claims Consultant
Cell: 847.404.4180
Direct: 847.728.0482
Facsimile: 866-552-9906
Christina.Ballester@medpro.com
https://protect-us.mimecast.com/s/ZnLbCyP6pJtAZKw1cZWqpx?domain=medpro.com


From: Kate Bodine [mailto:kbodine@cnrcllc.com]
Sent: Monday, April 16, 2018 3:57 PM

1

To: Fax - MP Claims Operations <Fax-MPClaimsOperations@medpro.com>
Subject: Request - Patricia Gow

This message originated from outside your organization _____


Thank You,

Kate Bodine
Medical Records
Community Nursing & Rehab Center
1136 North Mill Street
Naperville, Illinois 60563
P: 630-355-3300 ext. 263
F: 630-355-1417
kbodine@cnrcllc.com<mailto:kbodine@cnrcllc.com>

2

# HORWITZ HORWITZ & Associates



Mitchell W. Horwitz
Clifford W. Horwitz
Marc A. Perper
Jay R. Luchsinger
Wayne L. Newman
Michael T. Wierzbicki
Mark Weissburg
Michael D. Carter
Michael A. Silverman

O. Randolph Bragg
Thomas A. Kelliher
Tyler D. Berberich
Nicole A. Morrison
David J. Starshak
Zbigniew J. Bednarz
Amy L. Harriman

April 12, 2018

Community Nursing and Rehab Center
ATTN: MEDICAL RECORDS
1136 N. Mill Street
Naperville, IL 60563

RE: **Patricia Gow**
DOB: December 11, 1934

Dear Sir/Madam:

Please allow this correspondence to serve as a formal written request by the representative of the above referenced resident to be provided with access to <u>all original records pertaining to</u> Patricia Gow in possession of Community Nursing and Rehab Center and/or subject to its control concerning Patricia Gow.

Pursuant to 42 C.F.R. 483.10(b)(2), Requirements for States and Long Term Care Facilities, Gary Gow is entitled to be provided with access to <u>all of the original documentation</u> in the nursing home's possession and/or subject to its control within 24 hours of making such a request. Further, this law provides that he is entitled to purchase and be provided with copies of all such records within two (2) work days of such request and notice to the nursing home in question.

As such, you are hereby put on notice that Community Nursing and Rehab Center's records pertaining to Patricia Gow which come within any scope of 42 C.F.R. 483.10(b)(2) are those records we are requesting. This would of necessity include, but not be limited to, the following:

1. Pre-Admission Assessment;
2. Admission Face sheet and all consents;
3. History & Physical;
4. Doctors Orders;
5. Doctors Progress Notes;
6. Admission Assessments;

 HorwitzLaw.com

1

25 E Washington Street
Suite 900
Chicago, IL 60602

Toll Free 800-594-7433
Chicago 312-372-8822
Fax 312-372-1673



7. Restraint Assessments;
8. Fall Assessments;
9. Consultation reports;
10. Nurse's Notes;
11. Medication Sheets;
12. Treatment Sheets;
13. Certified Nursing Assistant Flow Sheets;
14. ADL Sheets;
15. Dietary notes and assessments;
16. Meal Consumption Records;
17. Activity Notes and Assessments
18. Social Service Assessments and Notes;
19. Therapy Notes and Assessments to include: PT, OT, ST, & RT;
20. MDS;
21. Care Plans;
22. Photographs or videotapes;
23. Skin Assessments and Notes;
24. Hospitalization records, x-ray reports, lab reports, consult reports of resident;
25. Behavior Sheets and Assessments;
26. Psychotropic Drug Assessments;
27. Dietary consultant reports and documents; and
28. Food management documents.

Any attempts to withhold, conceal, redact, and/or destroy any such records concerning Patricia Gow will be viewed as a conscious disregard of the rules and regulations governing Community Nursing and Rehab Center are in direct contravention of the legal rights of Gary Gow.

In order to facilitate this process as smoothly as possible, we have enclosed a HIPPA Medical Release signed by Gary Gow. Please contact our office within two (2) business days in order to inform us of the copy cost as concerns <u>all original records pertaining</u> to Patricia Gow so our office can timely reimburse all copy expenses.

3

If you have any questions or comments concerning this matter, please feel free to contact our office at the number listed above. Otherwise I look forward to receiving Patricia Gow's records on April 17, 2018.

Very truly yours,

HORWITZ, HORWITZ, AND ASSOCIATES, LTD.

Clifford W. Horwitz
CWH/nc

# HIPAA Privacy Authorization
## For Disclosure of Protected Health Information
### Relevant To Litigation or Pending Claims

Patient's Name: Patricia Gow

Address: 8515 S. Oak Park Ave, Burbank, IL 60459   Date of Birth: 12/11/1934

1. I make this Authorization for the purpose of copying records in connection with a lawsuit or claim to which I am a party.

2. This authorization is directed to and applies to protected health information maintained by: (Hospital, Physician. Medical provider, etc.) Community Nursing and Rehabilitation Center

3. I hereby authorize the above, its director, administrative and clinical staff or assignees, medical information services and billing departments to release any and all medical records and information from my date of birth to the present unless specified otherwise, relating to my care and treatment including x-rays, photographs, electronic and digital files and any other records, unless I expressly direct or specify otherwise I understand that medical information may include records, if any, relating to treatment for alcohol and drug abuse protected under the regulations in 42 C.F.R. Part 2; psychiatric/psychological services and social world records and any information regarding communicable diseases and infections, tuberculosis, venereal diseases, sexually transmitted diseases, acquire immunodeficiency syndrome (AIDS), human immunodeficiency virus( HIV) or ARC.

4. This information is to be released for copying purposes to: Horwitz, Horwitz and Associates
_____ Or their agent, _____

5. I understand that information used or disclosed pursuant to this authorization may be disclosed by the recipient and may no longer be protected by the Federal Privacy Rules.

6. This authorization shall be in force and in effect until the conclusion of the pending litigation or claim unless otherwise specified.

7. I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and send it to the hospital, doctor, or other custodian of medical information. I understand that the revocation will not apply to information that has already been released in response to this authorization.

8. I understand that authorizing the release of this health information is voluntary and that I need not sign this form in order to ensure health care treatment, eligibility for benefits, payment or health plan enrollment.

9. A copy of this authorization is as valid as the original.

**All Pertinent Sections Of This Form Must Be Completed Before Signing**

4/3/18
Date

Signature of Patient or Legal Representative

Son
Description of Legal Representative's Authority or Relationship

Gary M. Gow
Print Name of Patient or Legal Representative

## AUTHORIZED RELATIVE CERTIFICATION

I, <u>Gary Gow</u>, certify that I am an authorized relative of the deceased,<u>Patricia Gow</u>. A certified copy of the death certificate is attached.

I certify that to the best of my knowledge and belief, no executor or administrator has been appointed for the deceased's estate, no agent was authorized to act for the deceased under a power of attorney for health care, and the deceased has not specifically objected to disclosure in writing.

I certify that I am the surviving spouse of the deceased; OR

I certify that there is no surviving spouse and my relationship to the deceased is (circle one):
1. An adult son or daughter of the deceased;
2. Either parent of the deceased;
3. An adult brother or sister of the deceased.

I certify that I am seeking records as a personal representative who is acting in a representative capacity and who is authorized to seek these records under Section 8-2001.5 of the Code of Civil Procedure.

This certification is made under penalty of perjury.*

Dated: 3/3/18

Gary M. Gow
Authorized Relative's Name (please print)

*[signature]*
Authorized Relative's Signature

14643 Clydesdale Lane
Authorized Relative's Address
Homer Glen, IL 60491

---

* Note: Perjury is defined in Section 32-2 of the Criminal Code of 1961 and is a Class 3 felony.



Please submit this notice and supporting documents:

| | |
|---|---|
| Via Email: | reportaclaim@medpro.com |
| Via Fax: | 1-866-552-9906 |
| Via Mail: | Medical Protective<br>Attn: First Claim Reports<br>5814 Reed Road<br>Fort Wayne, IN 46804 |

# NOTICE OF LOSS EVENT

| | | | |
|---|---|---|---|
| **FIRST NAMED INSURED AND POLICY INFORMATION** | Name | Policy/Certificate No. | ☐ Professional Liability<br>☐ General Liability<br>☐ Other |
| | Address | Effective Dates | |
| | Contact Person and Phone Number | Limits | |
| | If reporting under an excess policy provide the following: | | |
| | Underlying Carrier(s) Name(s) | Underlying Limit(s) | |
| | Contact Person(s) and Phone Number(s) | Current Loss Reserve(s) | |
| **LOCATION AND DATE OF INCIDENT** | Location (Including City and State) | Time | Date |
| **CLAIMANT AND INJURY DETAILS** | Name and Address | Social Security No. | Sex | DOB |
| | Describe Injuries | Occupation | | |
| **GENERAL INFORMATION** | Patient Admitted Date | Patient Discharged Date | Treating Physician(s) |
| | Admitting Diagnosis | | |
| **DESCRIPTION OF LOSS** | Summary | | |
| **LITIGATION INFORMATION** | Venue | Plaintiff Attorney and Firm | |
| | Defense Attorney and Firm | Date of Service on Insured | |
| **REPORTED BY** | Signature or Name of Person Completing Report | Date | |