**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In the Matter of | Case Number: 1:21-cv-04711 |
| National Fire & Marine Insurance Company | |
| *Plaintiff* | |
| v. | |
| Community Nursing & Rehabilitation Center, LLC, Gary Gow, Independent Administrator of the Estate of Patricia Gow | |
| *Defendants* | |

## CERTIFICATE OF SERVICE

I, the undersigned certify and state that on the 15th day of October, 2021, I served the foregoing Attorney Appearance Form, attached notices and documents via U.S. mail to the following parties at the addresses below:

Dated: October 15, 2021                             Respectfully Submitted,

By:     *S:/ Michael Cannon*
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: matt@horwitzlaw.com
           clmail@horwitzlaw.com
**Attorneys for Patricia Gow**

To: Jonathan L. Schwartz
Donald Patrick Eckler
GOLDBERG SEGALLA LLP
*Mailing Address:* P.O. Box 957, Buffalo, NY 14201
222 W. Adams Street, Suite 2250, Chicago, IL 60606
Tel: (312) 572-8411
jschwartz@goldbergsegalla.com
deckler@goldbergsegalla.com