# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | Case No. 21-cv-4711 |
| COMMUNITY NURSING & REHABILITATION CENTER LLC and GARY GOW, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PATRICIA GOW, | District Court Judge Jorge L. Alonso Magistrate Judge Jeffrey Cummings |
| Defendants. | |

TO: Michael M. Cannon
Horwitz, Horwitz, and Associates, LTD.
25 E. Washington, Suite 900
Chicago, IL 60602
Email: matt@horwitzlaw.com

## CERTIFICATE OF SERVICE

The undersigned, certifies that he served Plaintiff National Fire & Marine Insurance Company's FRCP 26(a)(1) Initial Disclosures upon the attorney(s) to whom it is directed via electronic mail on January 14, 2022.

DATED: January 14, 2022        Respectfully submitted,

**GOLDBERG SEGALLA, LLP**

By: /s/Jonathan L. Schwartz
Attorney for National Fire & Marine Insurance Company

Jonathan L. Schwartz
Donald Patrick Eckler
GOLDBERG SEGALLA LLP
*Mailing Address:* P.O. Box 957, Buffalo, NY 14201
*Physical Address:* 222 W. Adams Street, Suite 2250, Chicago, IL 60606
Tel: (312) 572-8411
jschwartz@goldbergsegalla.com
deckler@goldbergsegalla.com

32179494.v1