THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY NURSING & REHABILITATION CENTER LLC and GARY GOW, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PATRICIA GOW,<br><br>Defendants. | Case No. 21-cv-4711<br><br>District Court Judge Jorge L. Alonso<br><br>Magistrate Judge Jeffrey Cummings |

## CERTIFICATE OF SERVICE

I, , the undersigned, being first duly sworn on oath, deposes and states that on the 14th day of January, 2022, I served the foregoing Rule 26(a) Disclosures via email and the Court's ECF filing system to:

Jonathan Schwartz, Esq.
Goldberg Segalla
Attorney for National Fire & Marine Insurance Company
222 West Adams St. Suite 2250
Chicago, IL  60606-6627
Email:  jschwartz@goldbergsegalla.com

*/s/ Maria Garcia*